United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JOSE LUIS CASTRO LOPEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00556** |
| | § | |
| **ICE,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

Pending before the Court is Petitioner Jose Luis Castro Lopez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Petitioner lists U.S. Immigration and Customs Enforcement (ICE) as the Respondent. (Dkt. 1 at 1.)

Having reviewed the Petition, Respondent is hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1) and it on Petitioner via mail by any receipted means no later than **April 8, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondent that if no response is received, the Court may treat the petition as unopposed. Petitioner is permitted to submit a reply to Respondent's Response on or before **April 22, 2026**.

The Clerk of Court is **DIRECTED** to serve copies of the petition, (Dkt. 1), and this Order on Respondent via certified mail.

Respondent U.S. Immigration and Customs Enforcement (ICE) may be served at:

**U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536**

1 / 2

The Clerk of Court is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Finally, the Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner by any receipted means at the following address:

> **Jose Luis Castro Lopez**
> **A216-934-800**
> **Rio Grande Processing Center**
> **1001 San Rio Blvd.**
> **Laredo, TX 78046**

Additionally, it is further **ORDERED** that Respondent must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this April 2, 2026.

Diana Saldaña
United States District Judge